SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: NG131R25NG0018
25-09098MB (MAA)

☒ FILED  ☐ LODGED
May 19 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 05/15/2025 | 05/15/2025 1900 | Residence |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Blue Pills with M30 stamp 18 packages (19.55 KGS)
Black iPhone IMEI: 351544456380155

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 05/15/2025

LUIS J SUAREZ
Digitally signed by LUIS J SUAREZ
Date: 2025.05.19 14:25:58 -07'00'

Executing Officer's Signature

_____
Printed Name and Title